**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1033**

CHARLES F. STANSBURY, JR.,

        Plaintiff - Appellant,

      v.

HONORABLE STEPHEN M. WALDRON; HONORABLE YOLANDA L. CURTAIN; LISA HYLE MARTS; HONORABLE ANGELA M. EAVES; ERIC P. MACDONNELL,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:16-cv-03888-GLR)

Submitted:  July 20, 2017                    Decided:  August 9, 2017

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles F. Stansbury, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles F. Stansbury, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the dismissal of Stansbury's claim that Defendant Lisa Hyle Marts fabricated evidence because Stansbury failed to allege facts sufficient to state a plausible claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii) (2012); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555, 570 (2007); *see also Thomas v. Salvation Army S. Territory*, 841 F.3d 632, 638 (4th Cir. 2016) (stating we may "affirm the district court on alternate grounds"). We affirm the dismissal of the remaining claims for the reasons stated by the district court. *Stansbury v. Waldron*, No. 1:16-cv-03888-GLR (D. Md. Dec. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*